507 A.2d 812

The HUNTERDON COUNTY NATIONAL BANK OF
FLEMINGTON, Respondent,

v.

PENN FRANKLIN MUSIC CORP. and Richard Wolf a/k/a
Wolfe and Patricia Wolf a/k/a Wolfe, individually.

Appeal of Richard WOLF(E), Petitioner.

Supreme Court of Pennsylvania.

Oct. 16, 1985.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Order of Superior Court in this matter, entered May 3, 1985, is vacated as having been improvidently considered. Since the appeal to Superior Court was taken before final judgment was entered, (Pa.R.A.P. 301), the appeal was premature and it was error for Superior Court to consider it. Accordingly, the appeal is quashed.